IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| OAKLEA PHILLIPS, VONDA SILER and B.L. LEWIS, III, Heirs at Law of B. L. Lewis<br>　　　　Plaintiffs<br><br>v.<br><br>MSM, INC., D/B/A MERCURY COMMUNICATIONS COMPANY, MSO, INC., DAVID BAILEY, E.B. MARTIN, JR., JAMES A. MURRELL, III, WILLIAM M. MOUNGER, II, ROBERT G. MOUNGER, WERT A. YEAGER, III, AND WILLIAM M. YANDELL, III<br>　　　　Defendants | § § § § § § § § § § § § § § § § | Civil Action No. 09-4056 |

### MOTION TO DISMISS BY JAMES A. MURRELL III, WILLIAM M. MOUNGER II, ROBERT G. MOUNGER, WERT A. YEAGER III, AND WILLIAM M. YANDELL III

Pursuant to the Federal Rules of Civil Procedure 12(b)(2) (lack of personal jurisdiction) and 12(b)(3) (improper venue), the separate defendants herein named, James A. Murrell III, William M. Mounger II, Robert G. Mounger, Wert A. Yeager III, and William M. Yandell III, move to dismiss the complaint of the plaintiffs, Oaklea Phillips, Vonda Siler, and B. L. Lewis III, and for grounds, state as follows:

1.　　Plaintiffs initiated these proceedings by filing their complaint against the separate defendants in federal court in Arkansas.

2.　　None of the separate defendants herein named are residents of the State of Arkansas and are residents of the State of Mississippi. None of the separate

defendants have conducted any activity or have had any contact within the State of Arkansas.

3. This Court's assertion of personal jurisdiction over the named separate defendants herein would not comport with fair play or substantial justice, where the only alleged contact with the State of Arkansas as it pertains to the separate defendants is their respective participations in MSO, Inc. or MSM, Inc. as either stockholders, directors, or officers.

4. The complaint should be dismissed for lack of personal jurisdiction because the separate defendants herein do not have sufficient contacts with the State of Arkansas, and a court within the State of Arkansas would offend due process in the event it exercised personal jurisdiction over the separate defendants herein.

5. With regard to venue, and without waiving the objection to personal jurisdiction, as set forth above, the separate defendants herein state the complaint should be dismissed for lack of proper venue. None of the events in question took place in or around Texarkana, Arkansas, and certain of the events as to certain of the defendants may have occurred in or around El Dorado, Arkansas. Although the plaintiffs' attorney may be a resident of Texarkana, Arkansas, courts are required, when considering venue questions, to focus on the relevant activities of the defendant and not the plaintiff or the plaintiff's attorney. Here there is no basis for asserting venue in the Texarkana, Arkansas, district court.

6. Further with regard to venue, the alleged involvement of the separate defendants as stockholders, directors, or officers all admittedly occurred within the State of Mississippi, and none of the events transpired within the State of Arkansas. In

deciding a venue question, this Court should look at the alleged wrongful acts and where they occurred. These acts, if they occurred at all, occurred in Mississippi, and these separate defendants should not be haled into a court many miles from where the alleged wrongful acts transpired.

7. In support of this motion, the separate defendants file contemporaneous herewith their brief in support thereof, and reserve the right to submit on a timely basis the affidavit to support of this motion.

WHEREFORE, the separate defendants, James A. Murrell III, William M. Mounger II, Robert G. Mounger, Wert A. Yeager III, and William M. Yandell III, pray that the Court dismiss the complaint against them, award them their attorney's fees, costs, and all other relief to which they are entitled, whether in law or in equity.

Respectfully submitted this July 8, 2009.

**The Law Offices of Ian W. Vickery**

By:  /s/ Ian W. Vickery
Ian W. Vickery (Ark. Bar ID# 76132)
315 East Main
El Dorado, AR 71730
Phone (870) 862-5565
Fax (870) 863-5889
ivickery@southarklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

David Jimmie Potter
David J. Potter and Associates
901 N Stateline Avenue
Texarkana AR 75501
dpotter@potter-law.com

        By: ___/s/ Ian W. Vickery_____
        Ian W. Vickery (Ark. Bar ID# 76132)
        315 East Main
        El Dorado, AR 71730
        Phone (870) 862-5565
        Fax (870) 863-5889
        ivickery@southarklaw.com