IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| OAKLEA PHILLIPS, VONDA SILER and B.L. LEWIS, III, Heirs at Law of B. L. Lewis<br>  Plaintiffs | § § § § § | |
| v. | § § | Civil Action No. 09-4056 |
| MSM, INC., D/B/A MERCURY COMMUNICATIONS COMPANY, MSO, INC., DAVID BAILEY, E.B. MARTIN, JR., JAMES A. MURRELL, III, WILLIAM M. MOUNGER, II, ROBERT G. MOUNGER, WERT A. YEAGER, III, AND WILLIAM M. YANDELL, III<br>  Defendants | § § § § § § § § § | |

## MOTION TO DISMISS BY MSO, INC.

Pursuant to the Federal Rules of Civil Procedure 12(b)(2) (lack of personal jurisdiction) and 12(b)(3) (improper venue), the separate defendant herein named, MSO, Inc., moves to dismiss the complaint of the plaintiffs, Oaklea Phillips, Vonda Siler, and B. L. Lewis III, and for grounds, state as follows:

1.  Plaintiffs initiated these proceedings by filing their complaint against the separate defendant in federal court in Arkansas.

2.  The separate defendant herein named is a Mississippi and is not qualified to do nor has it done business in Arkansas. The separate defendant has not conducted any activity or had any contact within the State of Arkansas.

3.  This Court's assertion of personal jurisdiction over the named separate defendant herein would not comport with fair play or substantial justice, where the only

alleged contact with the State of Arkansas as it pertains to the separate defendant is its activities within the State of Mississippi.

4. The complaint should be dismissed for lack of personal jurisdiction because the separate defendant herein does not have sufficient contacts with the State of Arkansas, and a court within the State of Arkansas would offend due process in the event it exercised personal jurisdiction over the separate defendants herein.

5. With regard to venue, and without waiving the objection to personal jurisdiction, as set forth above, the separate defendant herein states that the complaint should be dismissed for lack of proper venue. None of the events in question took place in or around Texarkana, Arkansas, and certain of the events as to certain of the defendants (not MSO, Inc.) may have occurred in or around El Dorado, Arkansas. Although the plaintiffs' attorney may be a resident of Texarkana, Arkansas, courts are required, when considering venue questions, to focus on the relevant activities of the defendant and not the plaintiff or the plaintiff's attorney. Here there is no basis for asserting venue in the Texarkana, Arkansas, district court.

6. Further with regard to venue, the alleged activities of all defendants as stockholders, directors, or officers all admittedly occurred within the State of Mississippi, and none of the events transpired within the State of Arkansas. In deciding a venue question, this Court should look at the alleged wrongful acts and where they occurred. These acts, if they occurred at all and as alleged, occurred in Mississippi, and this separate defendant should not be hauled into a court many miles from where the alleged wrongful acts transpired.

7. In support of this motion, the separate defendant files contemporaneous herewith its brief in support thereof, and reserves the right to submit on a timely basis the affidavit to support of this motion.

WHEREFORE, the separate defendant, MSO, Inc., prays that the Court dismiss the complaint against it, award it attorney's fees, costs, and all other relief to which it is entitled, whether in law or in equity.

Respectfully submitted this September 16, 2009.

**The Law Offices of Ian W. Vickery**

By: /s/ Ian W. Vickery
Ian W. Vickery (Ark. Bar ID# 76132)
315 East Main
El Dorado, AR 71730
Phone (870) 862-5565
Fax (870) 863-5889
ivickery@southarklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

David Jimmie Potter
David J. Potter and Associates
901 N Stateline Avenue
Texarkana AR 75501
dpotter@potter-law.com

By: /s/ Ian W. Vickery
Ian W. Vickery (Ark. Bar ID# 76132)
315 East Main
El Dorado, AR 71730
Phone (870) 862-5565
Fax (870) 863-5889
ivickery@southarklaw.com