IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| OAKLEA PHILLIPS, VONDA SILER and B.L. LEWIS, III, Heirs at Law of B. L. Lewis<br>    **Plaintiffs**<br><br>v.<br><br>MSM, INC., D/B/A MERCURY COMMUNICATIONS COMPANY, MSO, INC., DAVID BAILEY, E.B. MARTIN, JR., JAMES A. MURRELL, III, WILLIAM M. MOUNGER, II, ROBERT G. MOUNGER, WERT A. YEAGER, III, AND WILLIAM M. YANDELL, III<br>    **Defendants** | §§§§§§§§§§§§§§§§ | Civil Action No. 09-4056 |

**SEPARATE MOTION TO DISMISS BY MSM, INC.,
D/B/A MERCURY COMMUNICATIONS COMPANY**

COMES NOW MSM, Inc. and its Separate Motion to Dismiss filed under FRCP 12(b)(6) states as follows:

1.   Paragraph 1 of the Complaint filed by the plaintiffs herein states there was a judgment rendered against MSM, Inc. in the amount of $350,000. Therefore, a judgment has already been levied against this particularly defendant for the amount now prayed for in this new proceeding.

2.   Paragraph 6 of the Complaint filed by the plaintiffs herein seeks relief, as it does in the final paragraph of the Complaint, asking that the various defendants be declared jointly and severally liable in the amount of $350,000 to the plaintiffs herein. As admitted earlier in the Complaint, MSM, Inc. is already liable by virtue of the prior

judgment, and therefore the Complaint, based on the facts therein set forth, fails to state a cause of action upon which relief can be granted.

WHEREFORE, PREMISES CONSIDERED, the separate defendant, MSM, Inc., prays that the Court dismiss the complaint against it, award it attorney's fees, costs, and all other relief to which it is entitled, whether in law or in equity.

Respectfully submitted this September 17, 2009.

**The Law Offices of Ian W. Vickery**

By:   /s/ Ian W. Vickery
Ian W. Vickery (Ark. Bar ID# 76132)
315 East Main
El Dorado, AR 71730
Phone (870) 862-5565
Fax (870) 863-5889
ivickery@southarklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

David Jimmie Potter
David J. Potter and Associates
901 N Stateline Avenue
Texarkana AR 75501
dpotter@potter-law.com

By:   /s/ Ian W. Vickery
Ian W. Vickery (Ark. Bar ID# 76132)
315 East Main
El Dorado, AR 71730
Phone (870) 862-5565
Fax (870) 863-5889
ivickery@southarklaw.com