IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| OAKLEA PHILLIPS, VONDA SILER and B.L. LEWIS, III, Heirs at Law of B. L. Lewis<br>**Plaintiffs**<br><br>v.<br><br>MSM, INC., D/B/A MERCURY COMMUNICATIONS COMPANY, MSO, INC., DAVID BAILEY, E.B. MARTIN, JR., JAMES A. MURRELL, III, WILLIAM M. MOUNGER, II, ROBERT G. MOUNGER, WERT A. YEAGER, III, AND WILLIAM M. YANDELL, III<br>**Defendants** | § § § § § § § § § § § § § § § § | Civil Action No. 09-4056 |

### BRIEF IN SUPPORT OF MOTION TO DISMISS BY MSM, INC.

Rule 12(b)(6) of the Federal Rules of Civil Procedure provides it is a defense to every claim in the event that a pleading "fails to state a claim upon which relief can be granted, ...". Collateral estoppel and *res judicata* can properly be raised and considered by a motion to dismiss. *Pyles v. Keane*, 418 F. Supp. 269 (SDNY 1976). See also *Thistlethwaite v. City of New York*, 352 F. Supp. 88 (SDNY 1973).

In the case of *Sanders v. Frisby*, a state motion to suppress was the basis for applying *res judicata* against the plaintiff in a subsequent Section 1983 civil rights action against police officers for alleging a Fourth Amendment violation. In its opinion, the Court stated:

> Appellant fully litigated his Fourth Amendment claims in the state trial court, but failed on appeal to set forth any assignments of error with respect to the trial court's denial of those claims. Where an appeal is

taken from a conviction, the judgment of the reviewing court is *res judicata* as to all issues actually raised; all issues which could have been presented, but were not, are deemed waived. See *Sanders v. Frisby*, 736 F.2d 1230 (8th Cir. 1984)

In *Banks v. The International Union of Electrical Workers*, 390 F.3d 1040 (8th Cir. 2004), the Eighth Circuit Court of Appeals applied *res judicata* and collateral estoppel to a plaintiff who had had the opportunity to litigate his Title 7 claim against an employer and then attempted to re-litigate that claim against his union, relying on the same facts. The court stated:

> CIO (the union) argues that the Banks Two complaint was barred by the doctrine of collateral estoppel. CIO also argues that Banks failed to state a claim against CIO. The district court ruled that the underlying facts of Banks One and Banks Two are identical. Thus, the claims alleged in Banks Two against IUE-CWA were barred by *res judicata*. The district court also ruled that Banks was collaterally was re-litigating his Banks Two claim against CIO.

In this case, there is no question that the underlying facts of the original lawsuit by which the plaintiffs or those in privy with the plaintiffs secure judgment against MSM, Inc., are the identical facts now before this court, and this complaint, as it pertains to MSM, Inc., is re-litigating what has already been litigated and is seeking relief that has already been granted. See *United States v. Karlen*, 645 F.2d 635 (8th Cir. 1981).

MSM, Inc. should not be required to defend itself in this action in a claim seeking judgment against it in the amount of $350,000 when a judgment in said amount was rendered on the same set of facts previously.

Respectfully submitted this September 17, 2009.

                                **The Law Offices of Ian W. Vickery**

                        By:   /s/ Ian W. Vickery
                              Ian W. Vickery (Ark. Bar ID# 76132)
                              315 East Main
                              El Dorado, AR 71730
                              Phone (870) 862-5565
                              Fax (870) 863-5889
                              ivickery@southarklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

David Jimmie Potter
David J. Potter and Associates
901 N Stateline Avenue
Texarkana AR 75501
dpotter@potter-law.com

By: /s/ Ian W. Vickery
Ian W. Vickery (Ark. Bar ID# 76132)
315 East Main
El Dorado, AR 71730
Phone (870) 862-5565
Fax (870) 863-5889
ivickery@southarklaw.com