IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

OAKLEA PHILLIPS, VONDA
SILER and B.L. LWEIS, III, Heirs
at Law of B.L. Lewis                                                                                PLAINTIFFS


VS.                                           CASE NO. 09-CV-4056


MSM, INC., d/b/a MERCURY
COMMUNICATIONS COMPANY,
MSO, INC., DAVID BAILEY, E. B.
MARTIN, JR., JAMES A. MURRELL, III,
WILLIAM M. MOUNGER, II, ROBERT
G. MOUNGER, WERT A. YEAGER, III,
and WILLIAM M. YANDELL, III                                                                 DEFENDANTS


## ORDER

Before the Court is Plaintiffs' Motion for Extension of Time and for Substituted Service. (Doc. No. 29).  In the motion, Plaintiffs request an extension of time in which to serve Defendants David Bailey and E. B. Martin, Jr. and move the Court for an order for substituted service on the Defendants.  Upon consideration, the Court finds that Plaintiffs' request for additional time should be granted and their request for substituted service should be denied. Accordingly, Plaintiffs' motion is **granted in part** and **denied in part**.  Plaintiffs shall have up to and including March 30, 2010, in which to perfect service on Defendants David Bailey and E. B. Martin, Jr. by such means as set forth in Fed. R. Civ. P. 4.

IT IS SO ORDERED, this 18th day of December, 2009.

                                            /s/Harry F. Barnes
                                          Hon. Harry F. Barnes
                                          United States District Judge