IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

OAKLEA PHILLIPS, VONDA SILER
and B.L. LEWIS III, Heirs at law of
B.L. Lewis                                                                                              PLAINTIFFS

VS.                                           CASE NO: 09-CV-4056

MSM, INC., D/B/A MERCURY
COMMUNICATIONS COMPANY, et al.                                          DEFENDANTS

## ORDER

Before the Court are Motions to Dismiss filed by the Defendants. (Docs. 7, 18, 19, 31, 37). The Court combined these motions into one motion seeking to dismiss all Defendants. Plaintiffs have responded. (Docs. 24, 33). Defendants have filed a reply to Plaintiffs' response. (Doc. 43). For the reasons discussed in the Memorandum Opinion of even date, the Court finds that the Motions to Dismiss filed by the Defendants should be and hereby are **GRANTED**. Furthermore, the case against all Defendants is hereby **DISMISSED**.

IT IS SO ORDERED, this 22nd day of March, 2010.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge